## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | |
|---|---|
| THOMAS BOWDEN, ) | |
| ) | Case No.: 7:19-cv-00021 |
| Plaintiff, ) | |
| ) | NOTICE OF SETTLEMENT |
| – vs – ) | |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |
| **)** | |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Thomas Bowden ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Defendant") have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. Plaintiff respectfully requests sixty (60) days to finalize the settlement documents and file proper pleadings to close this matter. In view of the case's resolution, Plaintiff respectfully requests that the case deadlines be set aside.

RESPECTFULLY SUBMITTED,

Dated: October 10, 2019         By: */s/ Adam T. Hill*
                                Adam T. Hill
                                The Law Office of Jeffrey Lohman, P.C.
                                4740 Green River Rd., Suite 310
                                Corona, CA 92880
                                Tel. (657) 236-3525
                                E: AdamH@jlohman.com
                                Attorney for Plaintiff, THOMAS BOWDEN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October 2019, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

Kent D. Krabill
Texas Bar No. 24060115
kkrabill@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

Russell G. Herman
Texas Bar No. 24083169
rherman@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: AdamH@jlohman.com
Attorney for Plaintiff, THOMAS BOWDEN