IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| THOMAS BOWDEN, ) | |
| ) | Case No.: 7:19-cv-00021 |
| Plaintiff, ) | |
| ) | JOINT STIPULATION OF DISMISSAL |
| – vs – ) | WITH PREJUDICE |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PERJUDICE

Plaintiff. Thomas Bowden ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

By: *Kent D. Krabill (with permission)*
Kent D. Krabill
Texas Bar No. 24060115
kkrabill@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
*COUNSEL FOR DEFENDANT*

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: AdamH@jlohman.com
*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October 2019, I electronically filed the foregoing Joint Stipulation of Dismissal With Prejudice using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

Kent D. Krabill
Texas Bar No. 24060115
kkrabill@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

Russell G. Herman
Texas Bar No. 24083169
rherman@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Office of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: AdamH@jlohman.com
Attorney for Plaintiff, THOMAS BOWDEN