IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| THOMAS BOWDEN, | § | |
|    *Plaintiff,* | § | |
| | § | |
| V. | § | NO.  MO:19-CV-000021 DC |
| | § | |
| CAPITAL ONE BANK (USA), N.A., | § | |
|    *Defendant.* | § | |
| | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Motion to Dismiss With Prejudice (Doc. 21) filed October 31, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 5th day of November, 2019.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE